UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MADISON CAPITAL COMPANY, LLC,  )
                                )
            Plaintiff,           )
                                )
v.                               )     No. 3:09-MC-43
                                )
CONNIE SMITH, et al.,            )
                                )
            Defendants.          )

## MEMORANDUM AND ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed case of <u>Madison Capital Compnay, LLC v. Smith</u>, 3:08-MC-17 (Jordan/Guyton), that this case also should be assigned to District Judge Leon Jordan and Magistrate Judge H. Bruce Guyton.

**IT IS SO ORDERED.**

ENTER:

          s/ H. Bruce Guyton
     United States Magistrate Judge